RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendants
Caliber Home Loans, Inc. and U.S. Bank Trust, N.A.,
as Trustee for LSF9 Master Participation Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIETTE D. FARINA-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01089-WBS-CKD<br><br>ORDER ON STIPULATION EXTENDING DEADLINE FOR DEFENDANTS CALIBER HOME LOANS, INC. AND U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST TO RESPOND TO COMPLAINT |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust have up to and including July 31, 2017, to file and serve their response to the Complaint.

Dated: May 26, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE