RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendants
Caliber Home Loans, Inc. and U.S. Bank Trust, N.A.,
as Trustee for LSF9 Master Participation Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIETTE D. FARINA-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01089-WBS-CKD<br><br>ORDER ON STIPULATION FURTHER EXTENDING DEADLINE FOR DEFENDANTS CALIBER HOME LOANS, INC. AND U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST TO RESPOND TO COMPLAINT |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust have up to and including September 29, 2017, to file and serve their response to the Complaint.

The Scheduling Conference is continued from September 25, 2017 to **November 6, 2017 at 1:30 p.m**.  A joint status report shall be filed no later than **October 23, 2017**.

Dated:  July 20, 2017

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

[PROPOSED] ORDER

01425-0271 296664.1